July 3, 2023

David J. Smith

Clerk of Court

U.S. Court of Appeals for the 11th Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303



       **Re: Polelle v. Byrd, No. 22-14031JJ**

       **FRAP Rule 28 (j) letter**

Dear Mr. Smith:

      The recent decision of the United States Supreme Court in *303 Creative LLC v. Elenis*, No.21-476, 2023 WL 4277208 (June 30, 2023), supports a reversal in this appeal. The decision addressed issues of standing and the First Amendment. Both are key to resolution of the issues on appeal before this Court:

      1. Standing: The owner of 303 Creative LLC had a credible fear that if she expanded her graphic design business to include wedding websites Colorado would compel her to celebrate same-sex weddings under pain of penalty. Polelle has an analogous credible fear that he would most certainly be compelled to endorse political affiliation in order to vote in Florida's closed-primary election or else suffer state sanctions for violating primary requirements. Polelle Br. 10-11.

      2 Compelled Speech: "In this case, Colorado seeks to force an individual to speak in ways that align with its views but defy her conscience on a matter of major significance." *303 Creative LLC, at \*16.* Polelle also raises on appeal that the Florida closed-primary system compels him to endorse political associations with which he fundamentally disagrees and to support that closed-primary system with his tax dollars. Polelle Br. 23-25 and Reply Br. 13-15.

      The undersigned has sent a copy of this letter to all other parties.

Sincerely,

*Michael J. Polelle*

Michael J. Polelle

Platintiff-Appellant, Pro Se    Word Count: 259

POLELLE
1102 Ben Franklin Drive
Unit 511
Sarasota, Florida 34236

TAMPA FL 335
SAINT PETERSBURG FL
3 JUL 2023  PM 4  L

David J. Smith
Clerk of Court
U.S. Court of Appeals for 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S. MARSHALS SERVICE
Atlanta, GA
JUL 06 2023
CLEARED SECURITY

30303-229599