# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14031

_____

MICHAEL J. POLELLE,

                                       Plaintiff-Appellant,

*versus*

FLORIDA SECRETARY OF STATE,
SARASOTA COUNTY SUPERVISOR OF ELECTIONS,

                                       Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01301-SDM-AAS

_____

ORDER:

2　　　　　　　　　　　Order of the Court　　　　　　　　　　　22-14031

The motion by the Libertarian Party of Florida for leave to file an out-of-time motion is GRANTED. Its motion for leave to file a brief as *amicus curiae* in support of reversal is DENIED.

The out-of-time motion by the Coalition for a Purpose Party to file a brief as amicus curiae "in support of Plaintiff-Appellee and in opposition to the ruling below" is DENIED.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE