October 1, 2023

David J. Smith

Clerk of Court



U.S. Court of Appeals for the 11th Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

      **Re: Polelle v. Byrd, No.22-14031JJ**

      **FRAP Rule 28 (j) letter**

Dear Mr. Smith:

   Yesterday, my research located the seminal case of State *ex rel. Merrill v. Gerow*, 85 So. 144, 146 (Fla. 1920), followed and never overruled, which states:

 Primary election laws and laws governing general elections are so interwoven that together they comprise the election machinery of the state, and the rights, duties, privileges, and powers granted or imposed by one are equivalent to those granted or imposed by the other, in so far as the processes of the courts may be invoked to enforce or protect them.

   The reason for this citation relates to Argument IV (B) (2), starting on page 28 of Polelle's principal brief and Argument V, starting on page 15 of Polelle's Reply Brief.

  This authority is cited for the proposition that in addition to, or in lieu of, the U.S. Supreme Court cases cited in those briefs, the State of Florida, as a matter of its own state law, regards its primaries and general elections to be a unified electoral system of equal legal importance whether or not race or ethnicity is involved...

  The undersigned has sent a copy of this letter to all other parties.

Sincerely,

*[signature]*

Michael J. Polelle

Plaintiff-Appellant, Pro Se   Word County: 238

POLELLE
1102 Ben Franklin Drive
Unit 511
Sarasota, Florida 34236




Retail

U.S. POSTAGE PAID
FCM LG ENV
SARASOTA, FL 34230
OCT 02, 2023

$1.35

R2304E106252-17

RDC 99     30303

DAVID J. SMITH
CLERK OF COURT
U.S. COURT OF APPEALS for the 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

CLEARED SECURITY

OCT 06 2023

U.S. MARSHALS SERVICE
Atlanta, GA