January 12, 2024



David J. Smith

Clerk of Court

U.S. Court of Appeals for the 11th Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia   30303

**RE; Polelle v. Byrd, No. 22-14031JJ**

**FRAP Rule 28 (j) letter**

Dear Mr. Smith

On January 10, 2024 a colleague called to my attention the pertinent and significant authority of *Bachur v. Democratic Nat. Party*, 836 F.2d 837, 840 (11th Cir.1994).

The reason for this supplemental citation relates to Argument II (traditional standing) on page 10 of Polelle's opening brief.

The case stands for the proposition that "a voter in his capacity as sole plaintiff," has standing in his own right to raise "whatever rights he possesses and

that is enough to present us with the merits of this controversy." This Court noted that Bachur, the plaintiff, "unquestionably" had standing in his own right.

The undersigned has sent a copy of this letter to all other parties.

Sincerely,

Michael J. Polelle

Plaintiff-Appellant, Pro Se

Word Count: 160

POLELLE
1102 Ben Franklin Drive
Sarasota, Florida 34236

SAINT PETERSBURG FL
19 JAN 2024   PM 7   L

TAMPA FL 333

FOREVER USA
CAFFÈ MOCHA

CLEARED SECURITY

JAN 2 9 2024

U.S. MARSHALS SERVICE
Atlanta, GA

DAVID J. SMITH
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
56 FORSYTH STREET, N.W.
ATLANTA, GA. 30303

30303-229599

13 JAN 2024 PM 4 L