April 24, 2024

David J. Smith

Clerk of Court

U.S. Court of Appeals for the 11th Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303

    **Re: Polelle v. Byrd, No. 22-14031JJ**

    **Courtesy Notification**

Dear Mr. Smith:

    This is to advise you and the Court that my wife and I have a prearranged and prepaid vacation out of the country which will take place between May 28, 2024 and June 17, 2024.

    As a plaintiff-appellant pro se with no backup support, I request, if possible, that no significant scheduling or decision be taken in this case during this time period because I will likely not have access to email and will be unable to respond appropriately even if I did. Thanks for your consideration.

Sincerely

*[signature]*

Michael J. Polelle,

Plaintiff-Appellant, Pro Se

1102 Ben Franklin Drive Unit 511

Sarasota, Florida 34236

mpolel2@uic.edu    (941) 388-1840

POLELLE
1102 Ben Franklin Drive
Unit 511
Sarasota, Florida 34236

TAMPA FL 335
SAINT PETERSBURG FL
24 APR 2024 PM 6 L



David J. Smith
U.S. Clerk of Court
U.S. Court of Appeals for 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

30303-229599