**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. SmithIn Replying Give Number
ClerkOf Case and Names of Parties

June 14, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **OCTOBER 7, 2024, IN JACKSONVILLE, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #1.*

| Case Number | Case Name |
|---|---|
| 23-11326 | United States v. Richard Vieux |
| 23-11683 | Okeelanta Corporation, et al. v. U.S. Army Corps of Engineers, et al. (REVISED ARGUMENT DATE) |
| 23-11458 | Charbel Consul v. Progressive American Insurance Company (REVISED ARGUMENT DATE) |
| 21-12791, 21-14006 & 21-14374 | U.S. v. Napoleon Harris, et al. (REVISED ARGUMENT DATE) |
| 22-14031 | Michael Polell v. Florida, Secretary of State, et al. |
| 21-13123 | United States v. Christopher Defilippis |
| 23-10858 | Robert Howard, et al. v. Melinda Coonrod, et al. |
| 23-10340 | Sualeh Ashraf v. United States Drug Enforcement Administration |
| 22-14307 | United States v. John Doe |
| 22-12160 | HM Florida-ORL, LLC v. Secretary of the Florida Dept. of Business and Professional Regulations |
| 23-12342 | Benshot, LLC v. 2 Monkey Trading, LLC, et al. |
| 23-13577 | Tim Daniels v. Executive Director of the Florida FWC |
| 23-11984 | Organization of Professional Aviculturists, Inc., et al. v. U.S. Fish and Wildlife Service |
| 22-11356 | Anna Juravin v. Florida Bankruptcy Trustee, et al. |
| 21-12157 | United States v. Justin Lebarron |
| 23-10383 | Noris Babb v. Secretary, Department of Veterans Affairs |