August 22, 2024

David J. Smith

Clerk of Court

U.S. Court of Appeals for the 11th Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia   30303

RE: *Polelle v. Byrd*, No.22-14031-W

FRAP 28 (j) letter

Dear Mr. Smith:

    Polelle's motion to further supplement the record, mailed on August 13, 2024 to the Court and all parties, cites the newly found case of *Arcia v. Florida Sec'y of State*, 772 F. 3d 1335 (11th Cir 2014). The case is so "pertinent and significant" under FRAP 28 (j) in relation to Polelle's Argument II (traditional standing) on p. 10 of Polelle's opening brief that it merits the Court's attention.

    This Court held that individual plaintiffs misclassified as non-citizens had sufficient injury for standing even though ultimately allowed to vote in the Florida 2012 Florida Primary. The misclassification constituted past injury as well as a "realistic probability" of future injury due to the foreseeability of repeated misclassification. The political affiliation of the individual plaintiffs or lack thereof was not a factor in the Court's reasoning.

    The undersigned has sent a copy of this letter to all other parties.

Sincerely,

*Michael J. Polelle*

Michael J. Polelle

Plaintiff-Appellant, Pro Se


Word Count: 176

U.S. POSTAGE PAID
PM
SARASOTA, FL 34230
AUG 23, 2024

30303
$9.85

RDC 03    0 Lb 1.60 Oz    S2324E501776-17

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

Retail



**PRIORITY® MAIL**

**UNITED STATES POSTAL SERVICE®**

**FROM:**
POLELLE
1102 Ben Franklin Drive
Unit 511
Sarasota, Florida 34236

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TO:**
DAVID J. SMITH
CLERK OF COURT
U.S. Court of Appeals for
THE ELEVENTH Circuit
56 Forsyth Street, N.W.
ATLANTA, GEORGIA
30303

EXPECTED DELIVERY DAY: 08/26/24

USPS TRACKING® #

9505 5144 0351 4236 2603 15

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP