# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14031

_____

MICHAEL J. POLELLE,

                                                Plaintiff-Appellant,

*versus*

FLORIDA SECRETARY OF STATE,
SARASOTA COUNTY SUPERVISOR OF ELECTIONS,

                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01301-SDM-AAS

_____

Before Rosenbaum, Abudu, and Tjoflat, Circuit Judges.

BY THE COURT:

The motion for reconsideration of denial for leave to file amicus curiae brief pursuant to FRAP 29(a) filed by J. Damian Ortiz for Coalition with a Purpose Party is DENIED.