# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14031

_____

MICHAEL J. POLELLE,

                                              Plaintiff-Appellant,

versus

FLORIDA SECRETARY OF STATE,
SARASOTA COUNTY SUPERVISOR OF ELECTIONS,

                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01301-SDM-AAS

_____

2                       Order of the Court                       22-14031

Before ROSENBAUM, ABUDU, and TJOFLAT, Circuit Judges.

BY THE COURT:

The "Motion to Vacate Order Denying in Part the Motion for Leave to File Brief as Amicus Curiae," which was attached to Robert Vinson's Application to Appear Pro Hac Vice, is hereby DENIED.