

No. 22-14031 -JJ

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

MICHAEL J. POLELLE

*Plaintiff-Appellant*

V.

CORD BYRD, in his capacity as Secretary of State of Florida, and RON TURNER, in his capacity as Supervisor of Elections for Sarasota, County, Florida

*Defendant—Appellees*

Appeal from the United States District Court for the Middle District of Florida

No.8:22-cv-1301-SDM-AAS

## PLAINTIFF-APPELLANT'S MOTION TO STAY DECISION ON HIS PETITION FOR REHEARING UNTIL JUNE 12, 2025 AT LEAST

Michael J. Polelle, Pro Se

1102 Ben Franklin Dr. Unit 511

Sarasota, Florida 34236

(941) 388-1840

mpolel2@uic.edu

# M OTION

Pursuant to FRAP 27 and Eleventh Circuit local Rule 27-1, Plaintiff-Appellant, Michael J. Polelle, pro se, moves for a stay on the issuance of this Court's decision regarding his Petition for a Panel Rehearing *in Michael J. Polelle v. Cord Byrd, Florida Secretary of State, and Ron Turner, Sarasota County Supervisor of Elections* (filed March 11, 2025), No. 22-1403,until at least June 12, and in support thereof alleges the following:

1.Approximately a year ago, Polelle and his wife made financial and social commitments for a trip to Europe from May 19 until June 12, 2025

2. Because of this trip abroad he is unlikely to have reliable access to consider or respond to issuance of this Court's decision regarding his Petition for Rehearing, or any other order of this Court, between May 19 and June 12, 2025.

3.. As a Plaintiff-Appellant, pro se, Polelle has no commitment for backup legal support at this time so as to consider or respond to any issuance by this Court of a decision or other order between May 19 and June 12, 2025, despite his best efforts to obtain such support.

4. On April 28, 1938, Polelle contacted by email, Ashely E. Davis, counsel of record for Defendant-Appellee, Cord Byrd, Florida Secretary of State, and Ashley

Gaillard counsel of record for Defendant-Appellee, Ron Turner, Sarasota County Supervisor of Election, to determine whether they had any objection.

5. On the same day both responded by email with Ashley E. Davis stating that her client takes no position on Polelle's request and with Ashley E. Davis stating that she opposes the request on behalf of her client.

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the requirements of FRAP 27(d)(E) because it ha been prepared on 14 point New Times Roman. I further certify that this motion complies with the volume limitation of FRAP 27(d)(2)(A) because it contains 273 word, excluding those exempted by FRAP 32(f), according to Microsoft Word Count.

Dated: April 29, 2025

Respectfully submitted,

Michael J. Polelle. Pro Se
1102 Ben Franklin Dr. Unit 511
Sarasota, Florida 34236
(941) 388-1840
mpolel2@uic.edu

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

*(Use this form only if service is being made other than through the Court's electronic-filing system.)*

**Michael J. Polelle** vs. **Cord Byrd, et al.** Appeal No. **22-14031**

FRAP 25(b) through (d) require that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. Unless the document is being served through the Court's electronic-filing system, the person making service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.**
*Please type or print legibly.*

I hereby certify that on (date) **April 29, 2025**, a true and correct copy of the foregoing (title of filing) **Motion to stay decision on Petition for Rehearing** has been (check one):

- ☒ sent by mail, postage prepaid

- ☐ deposited in the prison's internal mailing system with first-class postage prepaid

- ☐ sent by electronic means with the consent of the person being served

- ☐ other (specify manner of service) _____

and properly addressed to the persons whose names and addresses are listed below:

1. Ashley E. Gaillard, Esq., Bentley Goodrich Kison, P.A. 783 Orange Avenue, Third Floor Sarasota Florida 34236

2. Ashley E. Davis, General Counsel, Florida Dept. of State, 500 S. Bronough, Suite 100, Tallahassee, Florida, 32399

_Michael J. Polelle_
Your Name (please print)

MICHAEL J. POLELLE
Your Signature

Rev.: 12/20

[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK MAY 01 2025 ATLANTA, GA]

**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)**

Michael J. Polelle vs. Cord Byrd, Florida et al. Secretary of State   Appeal No. 22-14031

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Bentley Goodrich Kison

Byrd, Cord, Florida Secretary of State

Davis, Ashely E., Esq.

Florida Secretary of State's Office

Gaillard, Ashley E., Esq.

Merryday, Hon., Steven, U.,S., District Judge

Michael J. Polelle, Esq.

Sarasota County Elections Office

Turner, Ron, Sarasota County Supervisor of Elections

Florida Voters registered with "No Party Affiliation"

Wallace, David A., Esq.

Submitted by:
Signature: Michael J. Polelle   April 28, 2025
Name: Michael J. Polelle   Prisoner # (if applicable):
Address: 1102 Ben Franklin Drive Unit 511 Sarasota, Florida 34236
Telephone #: (941) 388-1840

Rev.: 2/23

**PRESS FIRMLY TO SEAL** **PRESS FIRMLY TO SEAL**

**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

UNITED STATES POSTAL SERVICE. — Retail

**P** — US POSTAGE PAID — $10.10
Origin: 34230
04/29/25
1184290300-04

PRIORITY MAIL®

0 Lb 2.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/02/25

C007

SHIP TO:
56 FORSYTH ST NW
ATLANTA GA 30303-2218

USPS TRACKING® #
9505 5144 0353 5119 2545 66

- Expected delivery date
- Domestic shipments i
- USPS Tracking® servic
- Limited international i
- When used internation

**FLAT RATE**
ONE RATE ■ ANY W

**TRACKED**

PS00001000014
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP

FROM:
Michael J. Polelle
1102 Ben Franklin Drive
Unit 511
Sarasota, Fl 34236

CLEARED SECURITY
MAY 01 2025
U.S. MARSHALS SERVICE
Atlanta, GA

TO:
CLERK OF COURT
U.S. COURT OF APPEALS FOR
THE 11TH CIRCUIT
56 FORSYTH ST., N.W.
ATLANTA, GEORGIA
30303