# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14031

_____

MICHAEL J. POLELLE,

                                                                                    Plaintiff-Appellant,

*versus*

FLORIDA SECRETARY OF STATE,
SARASOTA COUNTY SUPERVISOR OF ELECTIONS,

                                                                                     Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01301-SDM-AAS

_____

ORDER:

The motion to stay decision on his petition for rehearing until June 12, 2025 at least filed by Appellant Michael J. Polelle is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION