# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14031

_____

MICHAEL J. POLELLE,

                                    Plaintiff-Appellant,

versus

FLORIDA SECRETARY OF STATE,
SARASOTA COUNTY SUPERVISOR OF ELECTIONS,

                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01301-SDM-AAS

_____

ORDER:

2                  Order of the Court                  22-14031

The motion of Michael J. Polelle to stay the issuance of the mandate pending a petition for writ of certiorari is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION